PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | CR 16-00382-14 |
| DOCKET NUMBER *(Rec. Court)* | 2:23-cr-0201 DAD |

| NAME AND CITY, STATE OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ignacio Gonzalez<br>Stockton, California | ND/CA | Oakland |

**FILED**
Aug 15, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NAME OF SENTENCING JUDGE
Honorable Haywood S. Gilliam Jr.

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 01/23/2023 | 01/22/2026 |

OFFENSE
21 U.S.C. §§ 846 and 841(a)(1)&(b)(1)(C) Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute Marijuana

18 U.S.C. § 924(c)(1)(A)(i) Possession of a Firearm in Furtherance of a Drug Trafficking Crime

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/14/2023
*Date*

Haywood S. Gilliam Jr.
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

08/15/2023
*Effective Date*

Dale A. Drozd
UNITED STATES DISTRICT JUDGE

Prepared by: SP